## Frederick Seeds, a Minor et al., Appellees, v. Chicago Transit Authority, Appellant.

**Gen. No. 45,028.**

Werner W. Schroeder, William S. Allen, Fred J. O'Connor, Arthur J. Donovan and James O. Dwight, for appellant; James O. Dwight and James E. Hastings, of counsel; William H. Arpaia, for appellees.
Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed April 9, 1952; rehearing denied April 23, 1952; released for publication April 25, 1952.